UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:14-MJ-1180-BO

UNITED STATES OF AMERICA

    Vs.                      ORDER

JAMES CORRON

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to him at 928 South Park Drive, Salisbury MD 21804.

SO ORDERED this ___ day of December, 2014

_____
United States District Court Judge